IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01179-JLK

KATHERINE BROOKS,

    Plaintiff,

v.

ENCORE RECEIVABLE MANAGEMENT, INC., a Kansas corporation,

    Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, DOES HEREBY ORDER that this case and all claims asserted therein is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

                          BY THE COURT:


**August 11, 2010**        *s/John L. Kane*
DATE                        U.S. DISTRICT JUDGE